



ENTERED
FEB 22 2011
CLERK U.S. BANKRUPTCY COURT
CENTRAL DISTRICT OF CALIFORNIA
BY:                    Deputy Clerk

FILED
FEB 17 2011
CLERK, U.S. BANKRUPTCY COURT
CENTRAL DISTRICT OF CALIFORNIA
BY                    Deputy Clerk

# UNITED STATES BANKRUPTCY COURT

# CENTRAL DISTRICT OF CALIFORNIA

In re

RUSSELL WAYNE CARDWELL,
LUCILLE ANDRADE CARDWELL,

Debtors.

BK. No. 8:10-15609-ES

Chapter 13

ORDER GRANTING MOTION
TO AVOID LIEN OF SECOND
TRUST DEED HOLDER ORANGE
COUNTY'S CREDIT UNION UNDER
11 U.S.C. § 506(a) AND
11 U.S.C. 1322 (b)(2)

Date: December 9, 2010
Time: 10:30 a.m.
Place: Courtroom 5A

The Court conducted a hearing on the "Motion to Avoid Lien Of Second Trust

Deed Holder Orange County's Credit Union Under 11 U.S.C. 506 and 11 U.S.C.

1322(b)(2)" (the "Motion") on December 9, 2010 at 10:30 a.m., in Courtroom 5A,

before the Honorable Erithe A. Smith, United States Bankruptcy Judge.   The moving

party to the Motion has not lodged an order pursuant to Local Bankruptcy Rule 9021-1

(1)(C).   Based upon the evidence presented and good cause appearing, it is hereby

ORDERED, that the Motion is granted.

DATED:    2/17/11

_____
ERITHE A. SMITH
United States Bankruptcy Judge

## **USERS OF THIS FORM**:

**1)** Attach this form to the last page of a proposed Order or Judgment.  Do not file as a separate document.
**2)** The title of the judgment or order and all service information must be filled in by the party lodging the order.
**3) Category I. below:** The United States trustee and case trustee (if any) will always be in this category.
**4) Category II. below:** List ONLY addresses for debtor (and attorney), movant (or attorney) and person/entity
(or attorney) who filed an opposition to the requested relief. <u>DO NOT</u> list an address if person/entity is listed
in category I.

# NOTICE OF ENTERED ORDER AND SERVICE LIST

Notice is given by the court that a judgment or order entitled <u>ORDER GRANTING MOTION TO</u>
<u>AVOID LIEN OF SECOND TRUST DEED HOLDER ORANGE COUNTY'S CREDIT</u>
<u>UNION UNDER 11 U.S.C. 506 AND 11 U.S.C. 1322(b)(2)</u> was entered on the date indicated as
"Entered" on the first page of  this judgment or order and will be served in the manner indicated below:

**I.  SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF@)** – Pursuant to
controlling General Order(s) and Local Bankruptcy Rule(s), the foregoing document was served on the
following person(s) by the court via NEF and hyperlink to the judgment or order.
As of **FEB 1 7 2011**        , the following person(s) are currently on the Electronic Mail Notice
List for this bankruptcy case or adversary proceeding to receive NEF transmission at the email
address(es) indicated below.

ustpregion16@sa.ecf.usdoj.gov
efile13@ch13ac.com
ecf@doanlaw.com

☐ Service information continued on attached page

**II.  SERVED BY THE COURT VIA U.S. MAIL:** A copy of this notice and a true copy of this judgment or
order was sent by U.S. Mail to the following person(s) and/or entity(ies) at the address(es) indicated
below:

Russell Wayne Cardwell
Lucille Andrade Cardwell
1717 South Woodland Place
Santa Ana, CA 92707

Orange County's Credit Union
PO Box 11777
Santa Ana, CA 92711-1777

Orange County's Credit Union
c/o Shruti Miyashiro- CEO
1701 E. St. Andrew Place
Santa Ana, CA 92705

**III.  TO BE SERVED BY THE LODGING PARTY**: Within 72 hours after receipt of a copy of this
judgment or order which bears an "Entered" stamp, the party lodging the judgment or order will serve a
complete copy bearing an "Entered" stamp by U.S. Mail, overnight mail, facsimile transmission or email
and file a proof of service of the entered order on the following person(s) and/or entity(ies) at the
address(es), facsimile transmission number(s) and/or email address(es) indicated below: